IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00235-WYD-MEH

JEANINE LYNN STOCK,

    Plaintiff(s),

v.

AETNA LIFE INSURANCE COMPANY, a Pennsylvania corporation,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court the parties' Stipulation for Dismissal With Prejudice, filed April 12, 2006.  The Parties seek dismissal of this case with prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(ii).  After consideration of the Stipulation for Dismissal and the file herein, the Court finds that this case should be dismissed with prejudice.  Therefore, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice, April 12, 2006,  is **GRANTED**.  It is

FURTHER ORDERED that the claims and causes of action asserted in this matter are **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

Dated: April 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge